# United States Court of Appeals

SECOND CIRCUIT

CHAMBERS OF
**THOMAS J. MESKILL**
U.S. CIRCUIT JUDGE
OLD POST OFFICE PLAZA
114 WEST MAIN STREET
NEW BRITAIN, CT 06051

August 27, 2007

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: <u>2006 Annual Financial Disclosure</u>

Dear Judge Smith:

I am in receipt of your August 2, 2007 letter regarding my 2006 Annual Financial Disclosure report.

Concerning your paragraph regarding Part VII, page 1, line 10 Bank of America statement savings, this was acquired by me on 9/7/2005. The income and valuation codes shown on my 2006 report are correct. This new acquisition was inadvertently left off my 2005 Annual Financial Report. By this letter I wish to also amend my 2005 Report by listing this asset. The codes for 2005 should be: B(1) "A"; B(2) "int"; C(1) "J"; and C(2) "T".

The Stanley Works was inadvertently omitted from my 2006 report. B(1) should be "B"; B(2) should be "div"; C(1) should be "L"; and C(2) should be "T".

I trust that this will answer your questions regarding my 2006 Annual Financial Disclosure report and will adequately amend my 2005 Report to show the addition of the Bank of America statement savings.

Sincerely,

U.S. Circuit Judge

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* MESKILL, Thomas J. | 2. Court or Organization United States Court of Appeals for the Second Circuit | 3. Date of Report 5/12/2007 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States Circuit Judge (Senior) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _x_ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/2006–12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address Old Post Office Plaza, Suite 204 114 West Main Street New Britain, CT 06051 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 TRUSTEE EMERITUS | GOODSPEED OPERA HOUSE FOUNDATION (Charitable Foundation) |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | State of Connecticut – Pension | $30,282.18 |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☒ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

RECEIVED 2007 MAY 21 A 10: 18 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MESKILL, Thomas J. | 5/12/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Adacorp | -- | none | J | W | | | | | |
| 2  Land, Great Exuma | -- | none | J | W | | | | | |
| 3  Peoples Bank, Bgpt., CT | B | div. | L | T | | | | | |
| 4  Webster Bank (passbook savings) | A | int. | J | T | | | | | |
| 5  Peoples Bank, Bgpt., CT (passbook savings) | | none | | | closed | | | | |
| 6  Vanguard Money Mkt. Fund | A | int. | J | T | | | | | |
| 7  Vanguard Money Mkt. Fund | A | int. | J | T | | | | | |
| 8  Liberty Bank (passbook savings) | A | int. | J | T | | | | | |
| 9  Farmington Savings Bank (passbook savings) | A | int. | J | T | | | | | |
| 10  Bank of America (statement savings) | A | int | J | T | | | | | |
| 11  NewAlliance Bank | -- | none | | | buy | 6/19 | J | | |
| 12  NewAlliance Bank | -- | none | | | sell | 6/30 | J | A | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                    Date    **May 12, 2007**

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544